April 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANGELINA TRUONG, INDIVIDUALLY AND A/N/F OF SOPHIA, A MINOR CHILD, Appellant

NO. 14-11-00917-CV                    V.

BEBE STORES, INC. BOTH INDIVIDUALLY AND D/B/A BEBE SPORT #504 AT THE GALLERIA, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 19, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.